**FILED**

TIME _____

JUL 1 5 2009

PAMELA C. SHERRY, Clerk
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

July 13, 2009

Re: Trevor Simmons
Case No: 09-81342

Pamela C. Sherry
Clerk, U.S. Bankruptcy Court

Pamela,

    I received your letter in regards to the objection by Barclays Capital Real Estate Inc.

    The property in question is located at 519 Fifth Street St. David, Il. 61563. The property is currently occupied by my ex-wife and her new husband. The last I knew, she planned on keeping the house and assuming all debt. We were divorced in 2006 and I quit-claimed the house to her.

    I want my name and all liability removed from the loan, hence my reason for filing on the property.

    They may contact her, Erin Vaughn, to see what her current plans are for the house.

                                Trevor Simmons
                                  Box 300
                                  St. David, Il. 61563