**IT IS SO ORDERED.**

**SIGNED THIS: July 16, 2009**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>TREVOR J. SIMMONS<br><br><br>Debtor(s). | No.: 09-81342<br>JUDGE PERKINS<br>Chapter 7 |

**ORDER MODIFYING AUTOMATIC STAY**

    THIS MATTER COMING ON TO BE HEARD on the Motion to MODIFY the Automatic Stay by BARCLAYS CAPITAL REAL ESTATE INC. DBA HOMEQ SERVICING ON BEHALF OF MERS IN THE NAME OF US BANK NAT'L ("Movant"), a secured creditor herein, due notice having been given and court being duly advised in the premises:

    IT IS HEREBY ORDERED that the Automatic Stay in this case is MODIFIED and leave is hereby granted to Movant and its successors and assigns, to proceed with the foreclosure of the Mortgage on the property located at 519 5TH STREET, SAINT DAVID, IL, 61563.

    **IS FURTHER ORDERED THAT the provisions of Rule 4001 are inapplicable and are waived and the Order herein is effective immediately.**

###